IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., <br> Plaintiff, <br> <br> v. <br> <br> ACCESAUDI.COM, *et al.*, <br> Defendants. | ) <br> ) <br> ) <br> )    Case No. 1:23-cv-849 <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

On November 29, 2023, United States Magistrate Judge William E. Fitzpatrick entered a Report and Recommendation in this case, recommending that default judgment be entered in favor of Plaintiff Volkswagen Group of America, Inc., and against Defendant domain names <accesaudi.com>, <acessaudi.com>, and <knowmyvw.com> on Plaintiff's Complaint.

Upon consideration of the record and Judge Fitzpatrick's Report, to which no objections have been filed, and having found no clear error,[1] the Court **ADOPTS**, as its own, the report and recommendation of the United States Magistrate Judge. (Dkt. 38).[2]

Accordingly,

It is hereby **ORDERED** that Plaintiff's motion for default judgment (Dkt. 32) is **GRANTED**.

---

1 In the absence of any objections to a magistrate judge's report, a court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

2 The Magistrate Judge correctly explained that the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125 *et seq.*, grants this Court statutory *in rem* jurisdiction over the defendant domain names. R. & R. at 7–10 (Dkt. 38). It is worth adding that, because the defendant *res* is located in this District, *see id.* at 10–11, exercising *in rem* jurisdiction poses no constitutional problem. *See Porsche Cars N. Am., Inc. v. Porsche.net*, 302 F.3d 248, 259–60 (4th Cir. 2002).

1

It is further **ORDERED** that default judgment is **ENTERED** in favor of Plaintiff and against Defendants on the Complaint.

It is further **ORDERED** that Verisign, Inc., as the registry for the following domain names, are **DIRECTED** to change the registrar of record for the domain names <accesaudi.com>, <aces-saudi.com>, and <knowmyvw.com> to GoDaddy, Inc.

It is further **ORDERED** that GoDaddy, Inc., is **DIRECTED** to take all necessary steps to list Plaintiff as the registrant for the domain names <accesaudi.com>, <acessaudi.com>, and <knowmyvw.com>.

The Clerk of the Court is directed to enter Rule 58 judgment against Defendants and in favor of Plaintiff. The Clerk is further directed to provide a copy of this Order to all counsel of record, to Defendants' last known addresses of record, and to place this matter among the ended causes.

Alexandria, Virginia
December 14, 2023

_____
T.S. Ellis, III
Senior United States District Judge